

ORIGINAL

CLERK, U.S.D.C. SOUTHERN DIVISION
DEC 2 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Comer, Sean Michael<br>Defendant. | SACR 02-339-DOC<br>Case No.: SACR 07-020-DOC<br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CD CA, for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on Current backgrd, cmty ties unknown; bail resources unknown; substance abuse history; failure to comply

1  with supervision conditions, incl failure to
2  report as ordered; assoc w/multiple personal identifiers
3  and/or
4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on   criminal history record; commission
8  of new offenses while under supervision;
9  substance abuse history
10
11
12
13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED:  12/27/10
17                                     ROBERT N. BLOCK
                                       UNITED STATES MAGISTRATE JUDGE